ABRAHAM & STRAUS, INC., ET AL. *v.* UNITED STATES

**No. 6381.**—Invoices dated London, England, July 1944, etc.
   Certified July 1944, etc.
   Entered at New York, N. Y., August 29, 1944, etc.
   Entry No. 704918, etc.

(Decided September 26, 1946).

*Siegel, Mandell & Davidson* (*Sidney Mandell* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.

J. D. SMITH CO., INC. *v.* UNITED STATES

**No. 6382.**—Invoices dated London, England, September 1945, etc.
   Certified September 1945, etc.
   Entered at New York, N. Y., October 19, 1945, etc.
   Entry No. 716753, etc.

(Decided September 26, 1946)

*Jerome G. Clifford* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.